IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WOELFEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:19-cv-1027 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HOFFMANN BROTHERS HEATING | ) | |
| AND AIR CONDITIONING INC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Hoffmann Brothers Heating and Air Conditioning Inc. ("Hoffmann Brothers" or "Defendant") hereby gives notice of the removal of the above-styled action to this Court from the Circuit Court of St. Louis County, State of Missouri. In support of its Notice of Removal, Defendant states as follows:

1.      Plaintiff filed the action styled *Michael Woelfel v. Hoffmann Brothers Heating and Air Conditioning, Inc.*, Case No. 19SL-CC01118 in the Circuit Court of St. Louis County, State of Missouri, on or about March 14, 2019

2.      Defendant Hoffmann Brothers was served with a summons and a copy of Plaintiff's Complaint on April 3, 2019.

3.      This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

4.      This action arises from Plaintiff's employment and Hoffmann Brothers was Plaintiff's employer.

5.      In his Complaint, Plaintiff brings one count alleging violations of the Family Medical Leave Act, 29 U.S.C. §§ 2615 and 2617 ("FMLA").

6.      Because Plaintiff filed his action pursuant to the FMLA, this Court has original jurisdiction over the state court action under 28 U.S.C. § 1331 because Plaintiff's cause of action arises under the laws of the United States, specifically the FMLA. FMLA cases may be removed to federal court. *See Palazzolo v. Harris-Stowe University*, 4:16-cv-00826 JAR, 2016 WL 3878470, at *3 (E.D. Mo. July 18, 2016).

7.      Under 28 U.S.C. § 1441(a), claims or causes of action presented in state court proceedings where the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to the citizenship of the parties.

8.      Venue of this civil action is proper in this Court pursuant to 28 U.S.C. § 1441(a).

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of its filing of this Notice to counsel for Plaintiff. Defendant will also promptly file a copy of this Notice with the Circuit Court of St. Louis County, State of Missouri.

10.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant are attached to this Notice as Exhibit A.

WHEREFORE, Defendant Hoffmann Brothers Heating and Air Conditioning, Inc., by and through its counsel, desiring to remove this civil action of the United states District Court for the Eastern District of Missouri, Eastern Division, prays that the filing of this Complaint and Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Complaint for the Notice of Removal with the clerk of the Circuit Court of St. Louis County, State of Missouri, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Thomas R. Chibnall*
Rodney A. Harrison, MO #44566
Thomas R. Chibnall,  MO #67994
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Telephone:  314-802-3935
Facsimile:  314-802-3936
rodney.harrison@ogletree.com
thomas.chibnall@ogletree.com

Attorneys for Defendant  HOFFMANN BROTHERS HEATING AND AIR CONDITIONING INC

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of April, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kevin J. Kasper
Ryan P. Schellert
3930 Old Hwy 94 South – Suite 108
St. Charles, MO 63304
Tel: (636) 922-7100
Fax: 866-303-2874
KevinKasper@KasperLawFirm.net
RyanSchellert@KasperLawFirm.net

*Attorneys for Plaintiff*

/s/ *Thomas R. Chibnall*
Attorneys for Defendant  HOFFMANN BROTHERS HEATING AND AIR CONDITIONING INC

38321149.1

38321149.1

3